ACCEPTED
03-14-00408-CR
3937422
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/28/2015 3:59:33 PM
JEFFREY D. KYLE
CLERK

CAUSE NUMBER 03—14—00088—CR
CAUSE NUMBER 03—14—00408—CR

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
1/28/2015 3:59:33 PM
JEFFREY D. KYLE
Clerk

DARIUS LOVINGS     X     IN THE COURT OF APPEALS

    X

V.     X     THIRD COURT OF APPEALS

    X

STATE OF TEXAS     X     STATE OF TEXAS


**APPELLANT'S THIRD MOTION TO EXTEND TIME FOR FILING OF APPELLANT'S BRIEF**


TO THE HONORABLE COURT OF APPEALS:

COMES NOW THE APPELLANT, by and through his appointed attorney of record, Paul M. Evans, in the above entitled and numbered causes, and moves this Court, to grant the Appellant's Third Motion to Extend Time for Filing Appellant's Brief, and, in support thereof, would show the Court as follows:

I.

Appellant's Brief was due before this Court on January 2, 2015. A previous Motion to Extend was filed in Cause 03—14—00088—CR on July 25, 2014, along with a Motion to Consolidate with Cause 03—14—00408—CR. Both motions were granted on July 28, 2014. A second Motion was filed on November 24, 2014, and granted the following day.

## II.

As recited in the previous Motion to Extend, in Cause 03—14—00088—CR, Appellant seeks to appeal his conviction for Murder and sentence of 75 years, which he received at the close of a contested jury trial. In Cause 03—14—00408—CR, Appellant seeks to appeal his conviction for Aggravated Robbery and sentence of 20 years, which he received as a result of a plea bargain. The trial court made several rulings prior to trial that were germane to both causes, hence the consolidation of the respective appeals. The record is voluminous, with a 21-volume Reporter's Record from the former cause and a 6-volume Reporter's Record in the latter cause.

The undersigned counsel is nearing the completion of the Appellant's Brief but requires more time to complete his research of the issues presented on the record and the drafting of the arguments on appeal.

In addition to daily court appearances, the undersigned counsel has a number of cases with pressing deadlines in trial courts, including but not limited to:

> ***    *State v. Morales*, three counts of Sexual Assault of a Child, three counts of Indecency with a Child by Contact, and two counts of Indecency with a Child by Exposure, all enhanced by habitual felon allegations, set for a contested pretrial suppression hearing on February 2, 2015 in the 390th

District Court of Travis County, with six witnesses subpoenaed, and with trial certain to follow in late February or March 2015;

\*\*\* *State v. White*, six counts of Aggravated Robbery, set for a Pre-Jury Trial hearing on February 4, 2015 in the 390th District Court of Travis County; "home invasion" case, where the undersigned counsel has been provided with a wealth of discovery in the last two week, with orders from the trial court to finish said discovery prior to arraignment on February 4;

\*\*\* *State v. Molitor*, one count of Injury to a Child, set for jury docket call on February 4, 2015 in the 421st District Court of Caldwell County, with trial now scheduled for February 9, 2015; oldest case on Caldwell County felony jury docket wherein client is free on bond, and trial court has indicated in the past that it will not accept any plea bargain offer at this point in time;

\*\*\* *State v. Batten*, six counts of Sexual Assault of a Child, two counts of Indecency with a Child by Contact, and two counts of Indecency with a Child by Exposure, set for jury docket call (for the third time) on February 11, 2015 in the 427th District Court of Travis County, with trial now scheduled for February 17, 2015.

In order to balance his duties to other clients, the undersigned counsel would respectfully ask that the deadline for filing Appellant's Brief be extended to February 16, 2015.

III.

This Motion is not made for purposes of delay, but so that justice might be served.

WHEREFORE, PREMISES CONSIDERED, the Defendant respectfully

prays that this Court, upon good cause shown, grant the Appellant's Third

Motion to Extend Time for Filing Appellant's Brief.


Respectfully submitted,
Law Office of Paul M. Evans
811 Nueces Street
Austin, Texas 78701
(512) 569-1418
(512) 692-8002 FAX

_/s/ Paul M. Evans_____
PAUL M. EVANS
SBN 24038885
Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing was delivered by hand and by electronic e-file notice unto the office of the prosecuting attorney for the State of Texas on this the 24th day of January, 2015.


_/s/ Paul M. Evans_____
PAUL M. EVANS

# <u>CERTIFICATE OF COMPLIANCE</u>

  I hereby certify that the present document contains 781 words, all contents included.


       <u> /s/ Paul M. Evans   </u>
       PAUL M. EVANS